(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Jessie E. Walker 047330
(Name of Plaintiff) (Inmate Number)

Delaware Correctional Center
1181 Paddock Road Smyrna, DE 19977
(Complete Address with zip code)

(2) ______________________
(Name of Plaintiff) (Inmate Number)

______________________
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) Raphael Williams

(2) Stan Taylor

(3) Department of Corrections/® State of Del.
(Names of Defendants)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

07-276
(Case Number)
( to be assigned by U.S. District Court)

# CIVIL COMPLAINT

• • Jury Trial Requested

FILED
MAY 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned
IFP

## I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

______________________

______________________

______________________

______________________

______________________

______________________

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (• • Yes) • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (• • Yes) • • No

C. If your answer to "B" is Yes:

1. What steps did you take? ONCE a third person was Moved in the Room after About a month I wrote A grievance to be moved or trasfered

2. What was the result? ~~[illegible]~~ Grievance was denied as well as the Grievanced denial Appeal. Cause Three men in a cell was Not Grievable. IS what I was told in A Letter By H.R.Y.C.I.

D. If your answer to "B" is No, explain why not: ______

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Raphael Williams

Employed as Warden at Howard R. Young Correctional Institute

Mailing address with zip code: 1301 E. 12th Street Wilmington DE, 19809

(2) Name of second defendant: STAN Taylor

Employed as Corrections Commisioner at Delaware

Mailing address with zip code: 245 McKee Road Dover, DE 19904

(3) Name of third defendant: Department of Corrections

Employed as STATE of Delaware at Delaware

Mailing address with zip code: 245 McKee Road Dover, DE 19904

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

**IV. STATEMENT OF CLAIM**

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Once bed space was not available to inmates they were (3·9·06 H.R.Y.C.I.) Force to be placed on the Floor with a mattress next to the toilet and lest than two Feet From the man on the bottom bunk, which caused violence. And once a Grievance was written (Raphael Williams) was in charge of the Facility and refused to Correct The problem.

2. (Stan Taylor) was the Commissioner of The institutions and was full aware of the over crowding situation at H.R.Y.C.I. and did Not Correct the problem as well. 3·9·06

3. (Department of Corrections) I am in the Custody of Delaware Corrections and it is there responsibility to insure the Saftey and health of my well being why in the custody of any Institution in Delaware Prison and those requirements were not met. 3·9·06

**V. RELIEF**

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. whatever the Court Deems appropriate From Raphael Williams.

2. Whatever the Court Deems Appropriate From STan TaylоR

3. Whatever the Court Deems Appropriate From Department of Corrections

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16 day of May, 2007.

[signature]
(Signature of Plaintiff 1)

(Signature of Plaintiff 2)

(Signature of Plaintiff 3)

# Certificate of Service

I, Jessie E. Walker, hereby certify that I have served a true and correct cop(ies) of the attached: U.S.C. 1983 Forms upon the following parties/person (s):

TO: Raphael Williams
H.R.Y.C.I.
1301 E. 12th Street
Wilm, DE 19809

TO: Stan Taylor
D.O.C
245 McKee Road
Dover, DE 19904

TO: Department of Corrections
D.O.C.
245 McKee Road
Dover, DE 19904

TO:

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 16 day of May, ~~2006~~ 2007

I/M Jesse Walker
SBI# 047330 UNIT 22-C-L1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 North King STREET
Lock Box 18
Wilm, DE 19861

